IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CLIFFORD L. WEBB,

        Plaintiff,

v.                                  CIVIL ACTION NO. 2:13-cv-17182

JPMORGAN CHASE BANK, N.A.,

        Defendant.

## ORDER

Pending before the court is JP Morgan Chase Bank, N.A.'s ("Chase") Motion to Dismiss Count I, In Part and Count III of the Complaint [Docket 7]. For reasons appearing to the court, the motion [Docket 7] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:         March 28, 2014

                        _____
                        JOSEPH R. GOODWIN
                        UNITED STATES DISTRICT JUDGE